Brad C. Stanford, OSB #854119
bstanford@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

Attorneys for Defendants Dale Hickman, Pacific Power & Light Company, and PacifiCorp

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

ESPEY WOODS,

Plaintiff,

v.

SERGIO CRUZ, WILLIAMS LAND & LIVESTOCK LLC, DALE HICKMAN, PACIFIC POWER & LIGHT COMPANY, and PACIFICORP,

Defendants.

Case No. CV11-1241-MO

STIPULATED VOLUNTARY DISMISSAL OF COUNTERCLAIM

Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice and without fees and costs of defendant PacifiCorp, dba Pacific Power & Light Company's counterclaim against plaintiff.

IT IS HEREBY ORDERED, that defendant PacifiCorp, dba Pacific Power & Light Company's counterclaim against plaintiff is dismissed with prejudice and without an

///

///

award of costs and fees to any party.

DATED this ____ day of July, 2012.

______________________________
Hon. Michael W. Mosman
District Court Judge

IT IS SO STIPULATED:

By: ______________________________
Derek J. Vanderwood
English, Lane, Marshall & Vanderwood
12204 SE Mill Plain Blvd, Suite 200
Vancouver WA 98684

Attorney for Plaintiff

Date: July 15, 2012

By: ______________________________
Brad C. Stanford
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland OR 97204

Attorney for Defendants Dale Hickman, Pacific Power & Light Company, and PacifiCorp

Date: ____________

By: ______________________________
Carl R. Rodrigues
Eric DeWeese
Lehner & Rodrigues PC
1500 SW 1st Ave Ste 1150
Portland OR 97201

Attorneys for Defendants Sergio Cruz and Williams Land & Livestock, LLC

Date: ____________

award of costs and fees to any party.

DATED this 20 day of July, 2012.

/s/Michael W. Mosman
Hon. Michael W. Mosman
District Court Judge

IT IS SO STIPULATED:

By: ______________________
Derek J. Vanderwood
English, Lane, Marshall & Vanderwood
12204 SE Mill Plain Blvd, Suite 200
Vancouver WA 98684

Attorney for Plaintiff

Date: ____________

By: Brad C. Stanford
Brad C. Stanford
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland OR 97204

Attorney for Defendants Dale Hickman, Pacific Power & Light Company, and PacifiCorp

Date: 7/18/12

By: ______________________
Carl R. Rodrigues
Eric DeWeese
Lehner & Rodrigues PC
1500 SW 1st Ave Ste 1150
Portland OR 97201

Attorneys for Defendants Sergio Cruz and Williams Land & Livestock, LLC

Date: 7/17/12