Brad C. Stanford, OSB #854119
bstanford@fwwlaw.com
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, Oregon 97204-3136
Telephone: (503) 228-6044
Facsimile: (503) 228-1741

      Attorneys for Defendants Dale Hickman, Pacific Power & Light Company, and PacifiCorp

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ESPEY WOODS, | Case No. CV11-1241-MO |
| Plaintiff, | STIPULATED VOLUNTARY DISMISSAL OF COUNTERCLAIM |
| v. | |
| SERGIO CRUZ, WILLIAMS LAND & LIVESTOCK LLC, DALE HICKMAN, PACIFIC POWER & LIGHT COMPANY, and PACIFICORP, | |
| Defendants. | |

      Pursuant to FRCP 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal with prejudice and without fees and costs of defendant PacifiCorp, dba Pacific Power & Light Company's counterclaim against plaintiff.

      IT IS HEREBY ORDERED, that defendant PacifiCorp, dba Pacific Power & Light Company's counterclaim against plaintiff is dismissed with prejudice and without an

///

///

award of costs and fees to any party.

DATED this ____ day of July, 2012.

                                                                                           _____
                                                                                           Hon. Michael W. Mosman
                                                                                          District Court Judge

IT IS SO STIPULATED:

By: _[signature]_____              By: _____
Derek J. Vanderwood                                     Brad C. Stanford
English, Lane, Marshall & Vanderwood        Farleigh Wada Witt
12204 SE Mill Plain Blvd, Suite 200            121 SW Morrison Street, Suite 600
Vancouver WA 98684                                    Portland OR 97204

Attorney for Plaintiff                                    Attorney for Defendants Dale Hickman, Pacific
                                                            Power & Light Company, and PacifiCorp

Date: July 15, 2012                                        Date: _____


By: _____
Carl R. Rodrigues
Eric DeWeese
Lehner & Rodrigues PC
1500 SW 1st Ave Ste 1150
Portland OR 97201

Attorneys for Defendants Sergio Cruz and
Williams Land & Livestock, LLC

Date: _____

award of costs and fees to any party.

DATED this 20 day of July, 2012.

/s/Michael W. Mosman
Hon. Michael W. Mosman
District Court Judge

IT IS SO STIPULATED:

By: _____
Derek J. Vanderwood
English, Lane, Marshall & Vanderwood
12204 SE Mill Plain Blvd, Suite 200
Vancouver WA 98684

Attorney for Plaintiff

Date:_____

By: *Brad C. Stanford* (signed)
Brad C. Stanford
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland OR 97204

Attorney for Defendants Dale Hickman, Pacific Power & Light Company, and PacifiCorp

Date: 7/18/12

By: _____
Carl R. Rodrigues
Eric DeWeese
Lehner & Rodrigues PC
1500 SW 1st Ave Ste 1150
Portland OR 97201

Attorneys for Defendants Sergio Cruz and Williams Land & Livestock, LLC

Date: 7/17/12